Defendants:
Maria L. Imperial, Geico Corporation, Steven L. Maurer, Maurer Chiropractic, Jaclyn Davis, Geico Indemnity Company, Larissa Dallari, Wade Stroble, Wilkes-Barre Imaging LLC, Wilkes Barre Imaging, Vision Imaging of Kingston LLC, Ford Explorer, Dr. Pamela Thompson, Northern Lights Chiropractic, Government Employees Insurance Company, GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, GEICO Advantage Insurance Company, GEICO Choice Insurance Company, GEICO Secure Insurance Company, Cassandra Jones, GEICO Special Investigators, Davidson Auto Group, New Jersey Family Automobile Insurance Policy, (cont.)

Defendants;
Credit Acceptance Corporation, Carfax, Ford Motor Company & Exem United LLC.

Robert W. Johnson
Robert W. Johnson                01/18/2022

Statement of Facts;
GEICO, Julia B. Day, Kathy Hochul, Maria L. Imperial, Geico Corporation, Geico Indemnity Company, Larissa Dallari, Wade Stroble, Government Employees Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, GEICO Advantage Insurance Company, GEICO Choice Insurance Company, GEICO Secure Insurance Company, (cont.)

Statement of Facts:

Cassandra Jones, GEICO Special Investigators, New Jersey Family Automobile Insurance Policy, Credit Acceptance Corporation and Exem United LLC denied Robert W. Johnson insurance coverages, Due Process Rights and breached all contracts against Robert W. Johnson. Steven L. Maurer, Maurer Chiropractic, Wilkes-Barre Imaging LLC, Wilkes-Barre Imaging, Vision Imaging of Kingston LLC, Dr. Pamela Thompson & Northern Lights Chiropractic committed medical malpractice against Robert W. Johnson and caused Robert W. Johnson additional injuries.

Robert W. Johnson

01/18/2022